# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPETITIVE ENTERPRISE INSTITUTE,**<br><br>         **PLAINTIFF,**<br>v.<br><br>**U.S. DEPARTMENT OF STATE,**<br><br>         **DEFENDANT.** | **CIVIL ACTION NO.: 18-276 (ABJ)** |

## STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's March 30, 2018, Minute Order, Defendant U.S. Department of State, through undersigned counsel, submits this status report.

### Background

1. Plaintiff brought this suit under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel Defendant U.S. Department of State (the "Department") to produce certain correspondence relating to the Paris Climate Agreement, the work of the State Department's Chief Economist on related topics, and a climate change conference that occurred in Bonn, Germany in 2017.

2. Plaintiff has alleged that it submitted four related FOIA requests to the Department. *See* Compl., ¶¶ 9-18 (ECF No. 1). However, the Department has responded that it received only three of these FOIA requests. *See* Answer, ¶¶ 9-18 (ECF No. 6).

### Status of Plaintiff's Request

3. The Department is currently in the process of searching for records responsive to the three FOIA requests it has received from Plaintiff and does not yet know the total volume

of records that will be retrieved by these searches. For this reason, it is not yet possible to determine a final production date for all responsive records.

4. In April 2018, in response to statements made in Defendant's Answer, Plaintiff's counsel sent information to the Department (through undersigned counsel) in support of Plaintiff's allegation that it has submitted four FOIA requests to the Department, including two FOIA requests dated January 2, 2018.

5. The Department's FOIA office has performed additional checks and has confirmed that it did not receive a second request from Plaintiff on January 2, 2018.

### **Proposed Schedule**

6. The Department proposes that it make a first interim release of responsive records on June 8, 2018, followed by additional monthly productions as needed to complete production of responsive records.

7. The Department also proposes that the parties submit a joint status report to the Court on or before August 15 with a proposed schedule for either further production or subsequent proceedings, as needed.

Dated: April 27, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. BAR NO. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANT