UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMPETITIVE ENTERPRISE INSTITUTE,**<br><br>　　　　　　**PLAINTIFF,**<br>　　v.<br><br>**U.S. DEPARTMENT OF STATE,**<br><br>　　　　　　**DEFENDANT.** | **CIVIL ACTION NO.: 18-276 (ABJ)** |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's April 30, 2018, Minute Order, Defendant U.S. Department of State, through undersigned counsel, submits this status report.

### BACKGROUND

1.　In the last status report, Defendant reported that it was in the process of searching for records responsive to the three FOIA requests it received from Plaintiff and did not yet know the total volume of records that would be retrieved by the searches.

2.　Plaintiff has alleged that it submitted a fourth related FOIA request to the Department, *See* Compl., ¶¶ 9-18 (ECF No. 1), and Plaintiff provided to the Department a copy of the additional request it believed it had submitted. After a diligent search, the Department has confirmed that it did not receive this additional FOIA request and that administrative remedies have not been exhausted with respect to that request. However, at the request of Plaintiff, this request has been forwarded to the appropriate intake personnel to begin standard processing immediately.

### STATUS OF PROCESSING THE FOIA REQUESTS IN THIS CASE

3.　The Department has completed searches for request F-2018-00078, but is still in the process of completing the searches necessary to fulfill requests F-2017-17707 and

F-2017-17809.  As of June 6, 2018, the Department had retrieved approximately 1200 pages of potentially responsive records.

4. On June 8, 2018, the Department made its first production of responsive records, releasing 21 documents in full and 7 documents in part.

**PROPOSED SCHEDULE**

5. The Department proposes that it continue to make rolling productions of responsive records on the 8th day of each month, except that when the 8th falls on a weekend of federal holiday, it will produce records on the next business day.  Based on the present quantity of records, the Department estimates that three additional rolling productions will be required to complete production.  However, if additional potentially responsive records are identified, it may need to adjust this estimate.

6. The Department also proposes that the parties submit a joint status report to the Court on or before September 14, 2018, with a proposed schedule for either further production or subsequent proceedings, as needed.

Dated: June 11, 2018			Respectfully submitted,

		JESSIE K. LIU, D.C. BAR NO. 472845
		United States Attorney

		DANIEL F. VANHORN, D.C. Bar No. 924092
		Chief, Civil Division

	By: /s/ *April Denise Seabrook*
		APRIL DENISE SEABROOK, D.C. Bar No. 993730
		Assistant United States Attorney
		555 Fourth Street, N.W.
		Washington, D.C. 20530
		Telephone: 202-252-2525
		April.Seabrook@usdoj.gov

		COUNSEL FOR DEFENDANT